B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>Eastern District of Lousiana | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Louisiana Film Studios, LLC | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>None |
|---|---|

Last four digits of Social Security or other Individual's Tax I.D. No./Complete EIN If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state,<br>600 Edwards Avenue<br>Harahan, LA | MAILING ADDRESS OF DEBTOR (If different from street |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS    ZIP CODE<br>Jefferson    70123 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7   ☑ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)
Petitioners believe:
☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtors)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
State Type of Entity: _____

**Nature of Business** (Check one box.)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other   Film studio

**VENUE**
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)
☑ Full Filing Fee attached
☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS** (Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor Louisiana Film Studios, LLC

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/Jay Dykes      Partner
Signature of Petitioner or Representative (State title)
Jay Dykes      7-23-09
Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity _____

X /s/
Signature of Attorney      Date
Name of Attorney Firm (If any)
Address
Telephone No.

X /s/Jimmy Castex, Jr.      Attorney
Signature of Petitioner or Representative (State title)
47 Construction, LLC      7-23-09
Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity    Jimmy Castex, Jr. _____

X /s/
Signature of Attorney      Date
Name of Attorney Firm (If any)
Address
Telephone No.

X _____
Signature of Petitioner or Representative (State title)
Kevin Houser
Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity _____

X /s/William E. Steffes      7-23-09
Signature of Attorney      Date
William E. Steffes
Name of Attorney Firm (If any)
Address: 13702 Coursey Blvd., Bldg. 3, Baton Rouge, LA 70817
Telephone No. 225-751-1751

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jay Dykes<br>c/o Jones Walker<br>201 St. Charles Ave.<br>New Orleans, LA 70170 | | 130,000 |
| 47 Construction, LLC<br>4516 Canal Street<br>New Orleans, LA 70119 | | $681,418 |
| Kevin Houser<br>1801 Holden's Arbor Run<br>Westlake, OH 44145 | | 125,000 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,284,168.00 |

___1___ continuation sheets attached

Bankruptcy 2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 30317 - Acrobat PDFWriter

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Louisiana

In re  Louisiana Film Studios, LLC ,
Debtor

Case No. _____

Chapter  11

## Involuntary Petition Continuation Sheet

**PETITIONING CREDITORS (cont'd)**

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X /s/Scott Shanle
Signature of Petitioner or Representative   (State Title)
Scott Shanle                                 7-23-09
Name of Petititoner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X /s/
Signature of Attorney                        Date

Name of Attorney Firm (If any)

Address

Telephone No.

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
| Scott Shanle<br>c/o Jimmy A. Castex, Jr.<br>755 Magazine Street<br>New Orleans, LA 70130 | | $93,750 |

X /s/Mitch Berger
Signature of Petitioner or Representative   (State Title)
Mitch Berger                                 7-23-09
Name of Petititoner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X /s/
Signature of Attorney                        Date

Name of Attorney Firm (If any)

Address

Telephone No.

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mitch Berger<br>c/o Jimmy A. Castex, Jr.<br>755 Magazine Street<br>New Orleans, LA 70130 | | 250,000 |

X /s/Glenn Pakulak
Signature of Petitioner or Representative   (State Title)
Glenn Pakulak                                7-23-09
Name of Petititoner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X /s/
Signature of Attorney                        Date

Name of Attorney Firm (If any)

Address

Telephone No.

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
| Glenn Pakulak<br>c/o Jimmy A. Castex, Jr.<br>755 Magazine Street<br>New Orleans, LA 70130 | | 4,000 |