# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| LOUISIANA FILM STUDIOS, L.L.C., | * | Case 09-12232 |
| Involuntary | * | |
| | * | Section B |
| Debtors | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR INTERVENTION AS CREDITOR IN INVOLUNTARY BANKRUPTCY PROCEEDING AND INCORPORATED MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes Charles Grant ("Grant") and Jeremy Shockey ("Shockey") creditors in these proceedings, who petition the Court to allow Grant's and Shockey's intervention in the Involuntary Petition of Louisiana Film Studios, L.L.C. filed herein on July 23, 2009, for the following described reasons:

1.

This intervention in this involuntary proceeding complies with 11 USC §303 (c) in that no order for relief has been granted in this case, nor has the case been dismissed.

2.

Grant and Shockey may join in this bankruptcy as a creditor pursuant to 11 USC §303(b) creditor of Louisiana Film Studios, LLC for the following described reasons:

   a. On or about January 2, 2009 Grant, paid over to Louisiana Film Studios, LLC, by way of wire transfer Four hundred and twenty five thousand dollars ($425,000) to purchase Louisiana Infrastructure Tax Credits, related to the Louisiana Film Industry. A copy of the wire transfer transmittal is attached hereto and marked Exhibit "A" for reference;

   b. On or about December 30, 2008, Shockey paid over to Louisiana Film Studios, LLC, by way of wire transfer Eighty Five Thousand Dollars ($85,000) to purchase Louisiana Infrastructure Tax Credits, related to the Louisiana Film Industry. A copy of the wire transfer transmittal is attached hereto and marked Exhibit "B" for reference;

   c. Louisiana Film Studios, LLC failed to deliver the Tax Credits;

   d. Louisiana Film Studios, LLC failed to return the Four hundred and twenty five thousand dollars ($425,000) to Grant or the Eighty Five Thousand Dollars ($85,000) to Shockey; and

e. Louisiana Film Studios, LLC does not dispute that it received the payments and has not delivered the Tax Credits

3.

Grant and Shockey are the holders of claims against Louisiana Film Studios, LLC for return of the purchase proceeds. Such claims are not contingent as to liability and are not the subject of a bona fide dispute as to amount. Grant and Shockey desire to join the existing creditors in this involuntary bankruptcy proceeding.

4.

Pursuant to *Local Rule 9031 1-E*, Grant and Shockey have requested from interested parties, their consent to the filing of this petition for intervention without notice and a hearing, from interested parties, listed below, and undersigned counsel has received the following responses:

1. Kevin Houser consents to the filing of this intervention, but reserves his right to contest the nature of Grant and Shockey's claims.

2. 47 Construction, LLC consents to the filing of this intervention, but reserves its right to contest the nature of Grant and Shockey's claims.

3. Mitch Berger consents to the filing of this intervention, but reserves its right to contest the nature of Grant and Shockey's claims.

5.

Judicial economy suggests that the filing of this intervention be allowed, so that the Court may determine whether Grant ans Shockey are creditors for purposes of determining at that hearing whether the involuntary bankruptcy proceeding is appropriate.

WHEREFORE, Charles Grant and Jeremy Shockey pray that:

1. The Court allow the filing of this Petition for Intervention as Creditors in this bankruptcy proceeding; and

2. The Court finds good cause exists for the filing of this Petition for Intervention without the necessity of a hearing and notice.

New Orleans, Louisiana, on this 4TH day of August, 2009.

Respectfully Submitted:

_____
FRED L. HERMAN (#6811)
THOMAS J. BARBERA (#18719)
A Professional Law Corporation
1010 Common Street, Suite 3000
New Orleans, Louisiana 70139-4100
Telephone: (504) 581-7070
Fax: (504) 581-7083

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Petition for Intervention has been filed with the Court on this 4th day of April, 2009 and that service hereof will be made via the Court electronic filing system.

_____

(c) Fundtech Systems

# FED Message

Printed: 7/14/2009 11:00:07AM     Requested By:   MARIANNE

VERSION:   0

## MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $425,000.00 | Message ID: | 090102145731WM59 | Source: | |
| Currency: | USD | Latest Version: | 0 | Priority: | M |
| Value Date: | 1/2/09 | Time: | 15:39:12 | URC: | |
| Bank ID: | 001 | Department: | BRN | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 001BR0001 | Template: | |
| Message Subtype: | 00 | Charge: | | | |
| Fee: | 15.00 | Service: | | Country Code: | US |
| Ref. No.: | 090102145731WM59 | External Ref.: | | | |

## MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 053100850 | Sender Name: | RBC BANK (USA) | Ref. No.: | 090102145731WM59 |
| Receiver ABA: | 065402517 | Receiver Name: | FST NATL BK USA | Prod. Code: | CTR |
| Ref. IMAD: | | As of Reason: | | As of Date: | |
| IMAD: | 20090102E3B7262C000796 | Disposition: | | | |
| OMAD: | 20090102QMGFNP3104976301021539FT01 | | | Ref. for Bnf.: | |
| Acc Off: | 001 | Account: 6060011737 | | Acc. Type: DDA | Initiator ID: |
| Cr Acc Off: | | Cr Acc No: | | Cr Acc Type: | |
| Db Advice: | | Db Fee: | | Cr Advice: | Cr Fee: |

Drawdown Credit Account:

Originator:                                                          Beneficiary:

6060011737                                                       610 3944

CHARLES GRANT                                           Louisiana Film Studios, LLC

PO BOX 177 (514 Dabney Dr.)                         For: Tax Year 2008 Louisana Film

HENDERSON, NC 27536-                                Tax Credits for Charles Grant

Originator Bank:                                                  Beneficiary Bank:



EXHIBIT A

(c) Fundtech Systems

# FED Message

Printed: 7/14/2009 10:59:16AM    Requested By:   MARIANNE

**VERSION:** 1

## MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $85,000.00 | Message ID: | 081230123210WM59 | Source: | |
| Currency: | USD | Latest Version: | 1 | Priority: | |
| Value Date: | 12/30/08 | Time: | 14:31:09 | URC: | |
| Bank ID: | 001 | Department: | BRN | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 001BR0001 | Template: | |
| Message Subtype: | 00 | Charge: | | | |
| Fee: | 20.00 | Service: | | Country Code: | US |
| Ref. No.: | 081230123210WM59 | External Ref.: | | | |

## MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 053100850 | Sender Name: | RBC BANK (USA) | Ref. No.: | 081230123210WM59 |
| Receiver ABA: | 065402517 | Receiver Name: | FST NATL BK USA | Prod. Code: | CTR |
| Ref. IMAD: | | As of Reason: | | As of Date: | |
| IMAD: | 2008123DE3B7262C000770 | Disposition: | | | |
| OMAD: | 20081230QMGFNP3104226312301431FT01 | | | Ref. for Bnf.: | |
| Acc Off: | 001  Account:  0450247561 | | Acc. Type: DDA | Initiator ID: | COOPER, JENNY |
| Cr Acc Off: | Cr Acc No: | | Cr Acc Type: | | |
| Db Advice: | Db Fee: 20.0000 | | Cr Advice: | Cr Fee: | |

Drawdown Credit Account:

Originator:                              Beneficiary:

0450247561                               610 3944

JEREMY SHOCKEY                           Louisiana Film Studios, LLC

C/O CAPTRUST ACCOUNTING

514 DABNEY DR

HENDERSON, NC 27536-3946

Originator Bank:                         Beneficiary Bank:



## MESSAGE TEXT CONTINUED

| Instructing Bank: | Intermediary Bank: |
|---|---|
| Drawdown Debit Account: | Correspondent Bank: |
| Originator Bank Info: For: Tax Year 2008 Lousianna Film Tax Credits for Jeremy Shockey | |
| Free Text: | |

## BANK TO BANK INFORMATION

Receiver Bank Info:

Drawdown Debit Account:
   Advice Code:
   Advice Info:

Intermediary Bank Info: