# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 09-12232 |
| LOUISIANA FILM STUDIOS, L.L.C. | SECTION "A" |
| DEBTOR | (Chapter 11-Involuntary) |

## ORDER FOR RELIEF UNDER CHAPTER 11

Considering the Petition for Involuntary Relief under Chapter 11 of the Bankruptcy Code having been filed by Jay Dykes, 47 Construction, LLC, Kevin Houser, Scott Shanle, Mitch Berger, and Glenn Pakulak filed on July 23, 2009, and no answer having been filed by Louisiana Film Studios, L.L.C.,

**IT IS ORDERED** that Relief under Chapter 11 of the Bankuptcy Code be and hereby is **GRANTED** against **LOUISIANA FILM STUDIOS, L.L.C.**

**IT IS FURTHER ORDERED** that **Louisiana Film Studios, L.L.C.,** through its proper officer(s), file a list of the top 20 unsecured creditors and a mailing matrix within 3 days or no later than **AUGUST 21, 2009.**

**IT IS FURTHER ORDERED** that **Louisiana Film Studios, L.L.C.,** through its proper officer(s), file a Statement of Affairs and Schedules showing all of its assets and liabilities with this Court and a copy with the U.S. Trustee, Region V, no later than **SEPTEMBER 2, 2009**.

**IT IS FURTHER ORDERED** that **Louisiana Film Studios, L.L.C.,** Debtor herein, comply with all provisions of the Bankruptcy Code and Rules.

New Orleans, Louisiana, August 20, 2009.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge