UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                       CASE NO. 09-12232

LOUISIANA FILM STUDIOS, L.L.C.           CHAPTER 11
        DEBTOR

                                                           SECTION "A"

                                                           JUDGE MAGNER

**APPLICATION TO EMPLOY GORDON, ARATA, MCCOLLAM, DUPLANTIS
& EAGAN, L.L.P. AS COUNSEL FOR CHAPTER 11 TRUSTEE**

      **COMES NOW**, Gerald H. Schiff (the "*Trustee*"), Chapter 11 Trustee for the bankruptcy estate of Louisiana Film Studios, L.L.C. (the "*Debtor*"), and the law firm of Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P. (the "*Firm*"), who file this application (the "*Application to Employ*") to employ the Firm as counsel for the Trustee to represent the Trustee in this bankruptcy case. In support thereof, the Trustee and the Firm respectfully aver as follows:

1.

      On Sunday, July 23, 2009, an involuntary Chapter 11 petition was filed against the Debtor. Doc. #1. An Emergency Motion to Appoint Chapter 11 Trustee or for Order to Prevent Waste Pursuant to Section 303(f) (the "*Motion to Appoint Trustee*") was filed on Friday, July 28, 2009. Doc. #4. After hearing, this Court granted the Motion to Appoint Trustee on Friday, August 7, 2009. Doc. #16.

2.

      Pursuant to this Court's August 7th order, the United State Trustee appointed Gerald H. Schiff as the Trustee on Tuesday, August 11, 2009. Doc. #22. On August 12, 2009, the United States Trustee moved for approval of Gerald H. Schiff as the Trustee. Doc. #23. On August 21,

2009, this Court entered an Order approving the appointment of Gerald H. Schiff as Chapter 11 trustee of the Debtor's estate. Doc. #32.

3.

The Trustee wishes to employ the Firm as attorneys under a general retainer to give the Trustee and the Debtor's estate legal advice with respect to the Trustee's powers and duties as trustee in the continued operation of, closure of, and/or sale of the Debtor's business and management of the Debtor's property for the benefit of the Chapter 11 estate, and to perform all legal services for the Trustee which may be necessary herein. The Firm customarily charges for services at the rates for services shown on Exhibit "A," attached hereto. Any such fees will be applied for as compensation under 11 U.S.C. §§ 327 and 330.

4.

Counsel for the Trustee must be approved by this Court pursuant to 11 U.S.C. § 327. Such employment may be approved "on any reasonable terms and conditions of employment, including on a retainer..." 11 U.S.C. § 328(a).

5.

Prior to the filing of the Application to Employ the Firm has received no payment of fees for services performed in connection with this matter prior to the filing of this application.

6.

The Trustee has selected the Firm for various reasons. The Trustee is a partner of the Firm. The Trustee has working knowledge of the skills of the attorneys in the Firm and of the resources available to it. Further, the Firm has specialized experience in bankruptcy law, and can provide the estate with representation on all aspects of the matter in which the estate may require legal representation and advice. The Trustee believes the Firm is well qualified to represent

Trustee and the estate in these proceedings. Furthermore, it is necessary for the Trustee, in this case, to employ attorneys for such professional services. Louis M. Phillips has over 28years of legal experience, most involving matters that are bankruptcy related. In addition, Mr. Phillips was formerly a United States Bankruptcy Judge for the Middle District of Louisiana for 14 years. Fernand Laudumiey is a partner with the firm in its New Orleans office and has done bankruptcy work before this and other bankruptcy courts, primarily in the area of trustee representation for in excess of 6 years. Peter J. Kopfinger is a partner with the Firm, with his primary experience being bankruptcy and real estate law. Prior to joining the firm, Mr. Kopfinger served as a law clerk for United States Bankruptcy Judge, Hon. Stephen V. Callaway. Ryan J. Richmond is an associate with the Firm, with his primary expertise being in bankruptcy law. Mr. Richmond clerked for United States Bankruptcy Judge, Hon. Douglas D. Dodd, prior to joining the Firm.

7.

The Trustee has determined that it is necessary to obtain counsel, for several reasons, determined as of the submission of this application. The Trustee will require counsel to investigate assets of the estate including without limitation claims and causes of action of the estate, possible recoveries from avoidance actions, and rights in connection with ownership and/or lease of real estate. The Trustee will also require counsel to assist with administration of the estate toward either reorganization or liquidation, and this will require work in the area of state law related to tax credits and the interplay of federal bankruptcy law and state law.

8.

To the best of the Trustee's and the Firm's knowledge, and except as disclosed in the Affidavit of Disinterestedness by Gerald H. Schiff (Doc. #23) attached hereto as Exhibit "B," the Firm has no connection with the Debtor, the creditors or any other party in interest other than the

Trustee (as, is set forth above, he is a partner in the Firm), their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee.

9.

**WHEREFORE**, the Trustee and the Firm pray that the Trustee be authorized to employ the firm of Gordon, Arata, McCollam, Duplantis, & Eagan, L.L.P. or any of its attorneys to represent the Trustee during the course of this case, and for such other and further relief as is just.

**/s/ Gerald H. Schiff**
Gerald H. Schiff, Chapter 11 Trustee

**GORDON, ARATA, MCCOLLAM,
 DUPLANTIS, & EAGAN, L.L.P.**
400 East Kaliste Saloom Road, Suite 4200
Lafayette, LA 70508
Phone: (337) 237-0132
Facsimile: (337) 237-3451
Email: gschiff@gordonarata.com

- And -

**/s/ Louis M. Phillips**
Louis M. Phillips (LABN 10505)
Peter J. Kopfinger (LABN 20904)
Ryan J. Richmond (LABN 30688)

**GORDON, ARATA, MCCOLLAM,
 DUPLANTIS & EAGAN, L.L.P.**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70825
Phone: (225) 381-9643
Facsimile: (225) 336-9763
Email: lphillips@gordonarata.com
Email: pkopfinger@gordonarata.com
Email: rrichmond@gordonarata.com

- And -

Fernand L. Laudumiey, IV
**GORDON, ARATA, MCCOLLAM,
 DUPLANTIS & EAGAN, L.L.P.**
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Phone: 504.569.1660
Fax: 504.582.1121

*Proposed Attorneys for the Chapter 11
Trustee, Gerald H. Schiff*